UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61466-BLOOM/Reid

JEFFREY MICHAEL WEST,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Movant's *pro se* Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. [15] ("Motion"), filed on October 16, 2018. In the Motion, Movant attacks the constitutionality of his conviction for attempted coercion and enticement of a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(B). *Id.* The Motion was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on all dispositive matters. *See* ECF Nos. [2] and [16].

On April 14, 2020, Judge Reid issued a Report and Recommendation ("R&R") recommending that the Motion be denied on the merits, judgment be entered in favor of Respondent, and no certificate of appealability be issued. ECF No. [27]. The R&R advised that "[a]ny party who objects to this recommendation or anything in it must, within fourteen days of the date of service of this document, file specific written objections with the Clerk of this Court." *Id.* at 29. Therefore, objections were due by April 28, 2020. To date, neither party has filed objections, nor have they sought additional time to do so.

Case No. 18-cv-61466-BLOOM/Reid

The Court has conducted a *de novo* review of Judge Reid's R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation, **ECF No. [27]**, is **ADOPTED**;

2. The Motion, **ECF No. [15]**, is **DENIED;**

3. No Certificate of Appealability shall issue;

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**; and

5. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of April, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jeffrey Michael West
15874-104
Coleman Medium
Federal Correctional Institution

Case No. 18-cv-61466-BLOOM/Reid

Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521